HART et al., Appellants, v. OGDENSBURG & L. C. R. CO., Respondent.

(Supreme Court, General Term, Third Department.   September 15, 1893.)

Action by William T. Hart and others against the Ogdensburg & Lake Champlain Railroad Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.   Order modified so as to allow an appeal to the court of appeals. Motion for reargument denied.   For decision on appeal, see 23 N. Y. Supp. 639.

---

SYKES, Appellant, v. TEMPLE, Respondent.

(Supreme Court, General Term, Third Department.   September 15, 1893.)

Action by Byron H. Sykes against Abram Temple.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.   Motion denied, with costs.   For decision on appeal, see 23 N. Y. Supp. 425.

---

BOWMAN, Appellant, v. KNOWLTON, Respondent.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by Mary J. Bowman against Isaac Knowlton.
No opinion.   Order reversed, with $10 costs and disbursements.   Held, the defendant was not entitled to costs.   See Johnston v. Catlin, 57 N. Y. 652.

---

CHAPMAN v. FOWLER.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by Frank B. Chapman against Albert P. Fowler, as administrator of the goods, etc., of George F. Comstock, deceased.
No opinion.   Motion denied.

---

CITY OF SYRACUSE, Respondent, v. CORNWELL, Appellant.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by the city of Syracuse against John Cornwell.
No opinion.   Order affirmed, with $10 costs and disbursements.